**United States Bankruptcy Court**
**Eastern District of Kentucky**

In re: Ryan Mullins, Micah Mullins, Debtor(s)

Case No. 20-70455
Chapter 13

### ORDER TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor(s) filed a motion, in accordance with 11 U.S.C. § 706(a), seeking to convert this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been previously converted under 11 U.S.C. § 1112, § 1208 or § 1307.

It is hereby ordered that the Debtors Motion to Convert Case from Chapter 7 to Chapter 13 is **SUSTAINED**.

Pursuant to Local Rule 9022-1(c), Daryle Ronning, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within ten (10) days hereof.

_____

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
**Dated: Monday, December 28, 2020**
(grs)